IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RONALD WAYNE BUNTON | § | |
| VS. | § | CIVIL ACTION NO. 1:10CV750 |
| MICHAEL LAFORGE, ET AL | § | |

MEMORANDUM ORDER OVERRULING OBJECTIONS AND
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Ronald Wayne Bunton, an inmate confined at the Darrington Unit, proceeding *pro se*, seeks a writ of mandamus compelling the Liberty County District Attorney's Office to investigate petitioner's allegations and file criminal charges against certain named individuals he believes have committed crimes.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends this action be dismissed with prejudice.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. Petitioner filed objections to the magistrate judge's Report and Recommendation. This requires a *de novo* review of the objections in relation to the pleadings and applicable law. *See* FED. R. CIV. P. 72(b). After careful consideration, the court concludes petitioner's objections are without merit. As the magistrate judge correctly concluded, federal courts lack the power to mandamus judicial officers, including state prosecutors, in the performance of their duties. *See Lewis v. Texas*, 2001 WL 1075827 (5th Cir. Aug. 21, 2001).

ORDER

Accordingly, petitioner's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is

**ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **22** day of **January, 2011.**

_____
Ron Clark, United States District Judge